**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN BERNARDO PANIAGUA-
PACHECO,

Defendant - Appellant.

No. 09-30265

D.C. No. 1:08-cr-00230-EJL

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

   Juan Bernardo Paniagua-Pacheco appeals from his guilty-plea conviction

and 87-month sentence for conspiracy to distribute methamphetamine, in violation

---

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of 21 U.S.C. §§ 841(a)(1) and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Paniagua-Pacheco's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.